**JS 6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

B.L.,                                          )          Case No.: EDCV 16-987 DSF
                                               )          (DTBx)
          Plaintiff,                        )
                                               )
     v.                                       )
                                               )          JUDGMENT
SHANNON CASE-ALVAREZ, et al.,  )
                                               )
         Defendants.                       )
                                               )
_____  )

     The Court having previously issued an Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction and plaintiff having admitted that she filed in the incorrect court,

     IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

          6/27/16

Dated: _____          _____
                                                            Dale S. Fischer
                                                     United States District Judge